IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GREGORY S. LEE, SR.,** and **REBECCA NEWHART-LEE,** his wife, | : : | No. 3:13cv2604 |
| Plaintiffs | : : | (Judge Munley) |
| v. | : : | |
| **DERMOT REYNOLDS, M.D.,** **KRISTEN M. HATFIELD, PA-C,** **ROBERT PACKER HOSPITAL AND** **GUTHRIE CLINIC, LTD.,** | : : : : | |
| Defendants | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 27th day of May 2014, Defendants' motion to dismiss (Doc. 13) Plaintiffs' complaint pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure is hereby **GRANTED**. The complaint is dismissed without prejudice to Plaintiffs pursuing their claims in state court.

BY THE COURT:

s/ James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court